**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civ. Act. No. 1:19-cv-00897-JLK

WILDEARTH GUARDIANS,

    Plaintiff,

  v.

ANDREW WHEELER, in his official
Capacity as Administrator of the United
States Environmental Protection Agency,

    Defendant.

_____

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**
_____

Defendant Andrew Wheeler, Administrator of the United States Environmental Protection Agency, does not oppose Plaintiff WildEarth Guardians' "Motion for Partial Summary Judgment on Liability and Memorandum of Points and Authorities in Support" ("Pltf's Motion") as to liability only. Defendant admits that he has a nondiscretionary duty, pursuant to the Clean Air Act, 42 U.S.C. § 7511(b)(2)(A), to determine by January 20, 2019, whether the Denver-Boulder-Greeley-Ft. Collins-Loveland, Colorado ozone nonattainment area, also known as the Denver Metro/North Front Range nonattainment area ("Denver Area") attained the 2008 Ozone National Ambient Air Quality standards ("2008 Ozone NAAQS"), and that he has not yet made that determination.

Plaintiff states in its Motion that it is "mov[ing] for partial summary judgment on the issue of liability" against Defendant. Pltf's Motion at 1. It seeks a

1

declaratory judgment "that the Administrator has violated and continues to violate the Clean Air Act by failing to make the required attainment determination." *Id*. at 4. Plaintiff notes that "factual issues may arise as to the timing of relief," and that "[i]f the Administrator objects to an expeditious date certain for providing relief due to alleged conflicting priorities or shortage of resources, a factual dispute that warrants discovery may arise . . . ." *Id*. at 4, n.2. Plaintiff proposes "[r]esolving the issue of EPA's liability now, with subsequent briefing on the issue of timing of relief . . . ." *Id*. at 20.

Defendant does not object to entry of a partial summary judgment that he did not perform a nondiscretionary duty to make an attainment determination for the Denver Area regarding the 2008 Ozone NAAQS by January 20, 2019. Defendant admitted in his Answer that he had not made the attainment determination by that date or as of the date of the Answer, May 28, 2019.[1] As indicated by Plaintiff, the Motion for Partial Summary Judgment is limited to a request for a declaratory judgment on liability, not on remedy. Defendant is in the process of performing the nondiscretionary duty to make an attainment determination for the Denver Area relating to the 2008 Ozone NAAQS. The issue of remedy for failure to perform the nondiscretionary duty may be resolved by (a) performance by Defendant before further action by the Court; (b) agreement with Plaintiff on a future schedule/deadline, to be approved by the Court; or (c) a judicial resolution of

---

[1] "As to the allegations of Paragraph 40 of the Complaint, Defendant admits that the Administrator did not make an attainment determination for the Denver Area by January 20, 2019, and has not made an attainment determination since that date." Answer, Paragraph 40.

remedy after further litigation and/or trial. There may be logistical, funding, or legal requirements that impact the timing or content of future relief, if any, ordered by the Court in this case, and Defendant reserves the right to make argument and raise defenses regarding the appropriate remedy in the event the issue is not mooted, or the parties do not reach an agreement.

As a result, Defendant does not oppose Plaintiff's motion for partial summary judgment as to liability only.

Respectfully submitted,

Dated:  July 19, 2019

*/s/ Daniel Pinkston*
DANIEL PINKSTON
Environmental Defense Section
Environment and Natural Resources
      Division
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, CO  80202
(303) 844-1804
daniel.pinkston@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY by Notice of Electronic Filing using the Court's CM/ECF system, which will send notice of such filing via email to all counsel of record.

Said filing was made on or before the date set forth below.

Dated:  July 19, 2019

*/s/ Daniel Pinkston*
Environmental Defense Section
United States Department of Justice

4