**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civ. Act. No. 1:19-cv-00897-JLK

WILDEARTH GUARDIANS,

    Plaintiff,

  v.

ANDREW WHEELER, in his official
Capacity as Administrator of the United
States Environmental Protection Agency,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wildearth Guardians and Defendant Andrew Wheeler, in his official capacity as Administrator of the United States Environmental Protection Agency (collectively "Parties"), jointly stipulate that the Complaint in the above-captioned action, see ECF No. 1, is hereby dismissed with prejudice.

As noted in the Parties' Joint Status Report, ECF No. 19 (Feb. 4, 2020), EPA has performed the mandatory duty at issue in this litigation. The Parties have now agreed on a final settlement on attorneys' fees and costs for the above-captioned action, and jointly stipulate to the dismissal of this case.

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | COUNSEL FOR PLAINTIFF: |
| Dated:  March 16, 2020 | */s/Daniel L. Timmons*<br>DANIEL L. TIMMONS<br>SAMANTHA RUSCAVAGE-BARZ<br>WildEarth Guardians<br>301 N. Guadalupe Street, Suite 201<br>Santa Fe, NM  87501<br>(505) 570-7014<br>dtimmons@wildearthguardians.org |
|  | COUNSEL FOR DEFENDANT: |
| Dated:  March 16, 2020 | */s/ Daniel Pinkston*<br>DANIEL PINKSTON<br>Environmental Defense Section<br>Environment and Natural Resources<br>      Division<br>U.S. Department of Justice<br>999 18th Street, South Terrace, Suite 370<br>Denver, CO  80202<br>(303) 844-1804<br>daniel.pinkston@usdoj.gov |